**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:                         \*

                                 \*

**SUPER BUY FURNITURE, INC.**    \*      Case No: 14-05523 (ESL)

                                 \*

     Debtor                   \*      Chapter 11

                                 \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES TRUSTEE'S NOTICE OF
APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

*TO THE HONORABLE COURT:*

       Guy G. Gebhardt, the Acting United States Trustee for Region 21, pursuant to 11 U.S.C. § 307 and § 1102 and 28 U.S.C. § 586(a), through his undersigned counsel, respectfully states as follows:

       1. On July 3, 2014, the captioned Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (Dkt. #1).

       2. The United States Trustee advised those parties listed as the Debtor's twenty largest unsecured creditors of their eligibility to serve on a committee of unsecured creditors.

       3. The following creditors have stated that they are willing to serve on a committee of unsecured creditors and are hereby appointed to same:

           a.      **BB Bedding d/b/a Bassett Bedding**
                     c/o Julio Rincón - VP Marketing & Sales
                     PO Box 587
                     Saint Just, PR 00978
                     Tel: (787) 717-4032
                     Fax: (787) 760-0175
                     Email: bassett@caribe.net

*IN RE SUPER BUY FURNITURE, INC.*
CASE NO. 14-05523 (ESL) Page 2 of 5

    b.    **P.F. Stores, Inc.**
c/o Israel Kopel Amster - President
Edificio Kodak
Ave. Campo Rico, Esq. Calle 246
Carolina, PR 00982; or
PO Box 190839
San Juan, PR 00919
Tel: (787) 641-8200
Email: jlperez@pitusa.com

and

Rosendo E. Miranda López, Esq.
PO Box 192096
San Juan, PR 00919-2096
Tel: (787) 724-3393
Fax: (787) 723-6774
Email: r.miranda@rmirandalex.net

    c.    **Arco Publicidad, Corp.**
c/o Damaris Pérez - VP & CEO
1095 Ave. Wilson
Cond. Puerta del Condado, PH
San Juan, PR 00907
Tel: (787) 724-5219

and

Carlos R. Hernández Vivoni, Esq.
Hacienda San José
Vía Medieval SJ 196
Caguas, PR 00727
Tel: (787) 607-4041
Email: chernandez@wblawpr.com

    d.    **Holland House**
c/o Tim Rowe - Corporate Credit Manager
The H.T. Hackney Co.
PO Box 238
Knoxville, TN 37901
Tel: (865) 546-1291
Fax: (865) 546-1501
Email: tim.rowe@hthackney.com

*IN RE SUPER BUY FURNITURE, INC.*
CASE NO. 14-05523 (ESL) Page 3 of 5

    e.   **Jackeline Montero Berroa**
        PO Box 523
        Peñuelas, PR 00624
        Tel: (787) 527-7520
        Fax: (787) 836-1710
        Email: jackytravel1005@yahoo.com

    f.   **Flair Enterprises, Inc.**
        c/o Mo Rahman - Financial Controller
        3916 - 72nd Ave. S.E.
        Calgary, AB T2C 2E2
        Tel: (403) 219-1006, ext. 22
        Fax: (403) 291-1068
        Email: mo.rahman@minhasfurniture.ca

        and

        Robert T. Collins, Esq.
        Suite 201, Ochoa Building
        500 Tanca Street
        San Juan, PR 00901
        Tel: (787) 977-3772
        Fax: (787) 977-3773
        Email: rtc@fccplawpr.com

    g.   **Whirlpool Corporation**
        c/o Jorge Suárez - District Manager
        6205 Blue Lagoon Dr., Suite 400
        Miami, FL 33126
        Tel: (786) 275-2090
        Email: jorge_suarez@whirlpool.com

        and

        William Santiago Sastre, Esq.
        PO Box 1801
        Sabana Seca, PR 00952-1801
        Tel: (787) 448-7032
        Fax: (787) 622-3941
        Email: wsantiagosastre@gmail.com

*IN RE SUPER BUY FURNITURE, INC.*
CASE NO. 14-05523 (ESL)                                                                                                   Page 4 of 5

4. In order to fulfil his statutory responsibility, the United States Trustee may appoint, remove, and substitute members to ensure that there is an adequately representative and functional committee.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this same date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| ANTONIO A ARIAS LARCADA | aaa@mcvpr.com, mb@mcvpr.com,ycp@mcvpr.com |
| REBECA CAQUIAS MEJIAS | rcaquias@fgrlaw.com, acordero@fgrlaw.com;fgr.bankruptcy@gmail.com,jecruz@fgrlaw.com,rfernandez@fgrlaw.com;jnieves@fgrlaw.com |
| JOSE R CINTRON | j-cintron-djur@prepa.com, c-aquino@prepa.com |
| CHARLES ALFRED CUPRILL | cacuprill@cuprill.com, ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com |
| ENRIQUE G FIGUEROA LLINAS | efl@bobonislaw.com |
| CARLOS R HERNANDEZ VIVONI | chernandez@wblawpr.com, chvivoni@gmail.com;drivera@wblawpr.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| LUIS C. MARINI BIAGGI | luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com;ubaldo.fernandez@oneillborges.com |
| ROSENDO E MIRANDA LOPEZ | r.miranda@rmirandalex.net |
| JUAN C SALICHS POU | jsalichs@splawpr.com, jcslawfirm@onelinkpr.net |
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |

*IN RE SUPER BUY FURNITURE, INC.*
CASE NO. 14-05523 (ESL)  Page 5 of 5

| NAYUAN ZOUAIRABANI TRINIDAD | nayuan.zouairabani@oneillborges.com, docket_clerk@oneillborges.com;vilna.cedano@oneillborges.com;luis.marini@oneillborges.com |
|---|---|

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been sent by regular United States mail and email to the seven (7) creditors named above and/or their representatives; and by regular United States mail to the Debtor, **Super Buy Furniture, Inc.**, through its President, **Carlos N. Berríos**, PO Box 674, Cidra, PR 00739.

DATED: July 29, 2014.

**GUY G. GEBHARDT**
Acting United States Trustee for Region 21

**MONSITA LECAROZ ARRIBAS**
Assistant United States Trustee

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
Ochoa Building
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

**(ELECTRONICALLY FILED)**

By: *s/ José Carlos Díaz-Vega*
José Carlos Díaz-Vega
Trial Attorney
USDC-PR No. 213607