IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SUPER BUY FURNITURE   INC

XXX-XX2416

Debtor(s)

CASE NO. 14-05523 ESL

Chapter 11

**FILED & ENTERED ON 2/19/2015**

**ORDER APPROVING DISCLOSURE STATEMENT**

A Disclosure Statement, and certain amendments thereof, having been filed by the debtor herein on **12/23/2014** (docket #**248**) referring to a plan under chapter 11 filed on **12/23/2014** (docket #249), and after notice and a hearing held on 2/17/15, it having been determined that the aforesaid Disclosure Statement contains "adequate information" as that term is defined in 11 U.S.C. §1125, it is now

**ORDERED**

1. That the herein described Disclosure Statement be and is hereby approved.

2. That the debtor and parties in interest may now solicit acceptances or rejections of the debtor's Plan of Reorganization pursuant to 11 U.S.C. §1125.

3. That the approved Disclosure Statement and the Plan referred to in the same are to be circulated to all parties in accordance with Bankruptcy Rule 3017(d) and 11 U.S.C. §1125(c).

4. That objections to claims must be filed forty-five (45) days prior to the hearing on confirmation. Debtor will include in its objection to claim a notice that if no response to the objection is filed within thirty (30) days, the motion will be considered and decided without the actual hearing. If a written response or opposition to the objection to claim is timely filed, the contested matter will be heard on the date that the hearing on confirmation has been scheduled.

5. That acceptances or rejections of the Plan may be filed in writing by the holders of all claims on/or before fourteen (14) days prior to the date of the hearing on confirmation of the Plan.

6. That any objection to confirmation of the plan shall be filed on/or before twenty-one (21) days prior to the date of the hearing on confirmation of the Plan.

7. That the debtor files with the Court a statement setting forth compliance with each requirement in §1129, the list of acceptances and rejections and the computation of the same, within seven (7) working days before the hearing on confirmation.

8. If the documents specified in paragraph seven (7) are not filed on time, the Court may not hold the confirmation hearing and the debtors in possession or moving party shall appear on the scheduled date to show cause why sanctions should not be imposed, costs and attorney's fees awarded to appearing parties, and why the case should not be dismissed or converted to Chapter 7, for cause, pursuant to 11 U.S.C. §1112(b).

9. At the confirmation hearing the Court will conclude the estimated date for "substantial consummation" of the plan as defined in 11 U.S.C. §1101(2). The debtor in possession or moving party shall submit to the Court the information necessary to enter a final decree required in LBR 3022-1.

10. That a hearing for the consideration of confirmation of the Plan and of such objections as may be made to the confirmation of the Plan will be held on **4/7/2015** at **02:00 P.M.** at Jose V. Toledo Fed. Bldg. & U.S. Courthouse, Courtroom **2**, 300 Recinto Sur Street, Old San Juan, Puerto Rico.

SO ORDERED.

In San Juan, Puerto Rico, this 19 day of February, 2015.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors